The Honorable John C. Coughenour

The Honorable John L. Weinberg, Magistrate Judge



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LIFE HAS MEANING a/k/a MARY ELIZABETH WILLIAMS, ESTELLA WALLACE, DAWN MONTOYA, PATRICIA WATSON, WILLIAM WATKINS, ANDREW BERNHARDT, KEN OLSON and TAMRA R. FOGGY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, PAUL SCHELL, NORM STAMPER, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, JOHN DOE #9, JOHN DOE #10, JOHN DOE #11, JOHN DOE #12, JOHN DOE #13, JOHN DOE #14, JOHN DOE #15 and JOHN DOE #16,<br><br>Defendants. | No. C00-1998C (BJR)<br><br>WTO Proceeding<br><br>STIPULATION AND ORDER CONTINUING DATE FOR FILING OF JOINT STATUS REPORT |

## STIPULATION

Comes now, the parties, by and through counsel of record and hereby stipulate to the continuance of the date for filing their joint status report from March 1, 2001 to March 15, 2001. This brief continuance will allow the parties to meet and confer in accordance with the new revisions to FRCP 26 and Local Rule CR 16.

STIPULATION AND ORDER CONTINUING
DATE FOR FILING OF JOINT STATUS
REPORT - 1

ORIGINAL

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

\\SFC3\DATA\CLIENTS\3000\000\3019\21905\PLEADINGS\BDP1QH.DOC

1  DATED this 1st day of March, 2001.

2                                    STAFFORD FREY COOPER

4  By _____
   Anne M. Bremner, WSBA # 13269
5  Blake E. Dias, WSBA # 28169
   Attorneys for Defendants

8  By _____
   Paul King, WSBA # 7370
9  Attorneys for Plaintiffs

## ORDER

Based on the above stipulation of the parties, it is hereby ordered that the date for filing the Joint Status Report shall be continued from March 1, 2001 to March 15, 2001.

March 13, 2001

_____
The Honorable John L. Weinberg

Prepared and Presented by:

_____
Anne M. Bremner, WSBA # 13269
Blake E. Dias, WSBA # 28169
Attorneys for Defendants

_____
Paul King, WSBA # 7370

STIPULATION AND ORDER CONTINUING
DATE FOR FILING OF JOINT STATUS
REPORT - 2

\\SFC3\DATA\CLIENTS\3000\000\3019\21905\PLEADINGS\BDP1QH.DOC

STAFFORD FREY COOPER
―― Professional Corporation ――
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

1 DATED this 1st day of March, 2001.

2                                       STAFFORD FREY COOPER

4                                       By _____

5                                       Anne M. Bremner, WSBA # 13269
                                        Blake E. Dias, WSBA # 28169
6                                         Attorneys for Defendants

8                                       By _____
9                                         Paul King, WSBA # 7370
                                        Attorneys for Plaintiffs

## ORDER

11 Based on the above stipulation of the parties, it is hereby ordered that the date for filing the Joint Status Report shall be continued from March 1, 2001 to March 15, 2001.

17                                         The Honorable John L. Weinberg

18 Prepared and Presented by:

20 Anne M. Bremner, WSBA # 13269
   Blake E. Dias, WSBA # 28169
21 Attorneys for Defendants

24 Paul King, WSBA # 7370

STIPULATION AND ORDER CONTINUING
DATE FOR FILING OF JOINT STATUS
REPORT - 2

\\SFC3\DATA\CLIENTS\2000\000\3019\2180S\PLEADINGS\SOP1QH.DOC

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **Letter to Judge Weinberg; Stipulation and Order Continuing Date For Filing of Joint Status Report** on the following individual(s):

**Paul King
Law Offices of Paul King
318 Sixth Ave. S. #117
Seattle, WA 98104**

[ ] Via Facsimile
[ ] Via Mail
[X] Via Messenger

DATED this ___1st___ day of March, 2001, at Seattle, Washington.

*Barbara Leadley*
Barbara Leadley
Legal Secretary to Anne Bremner
and Blake Dias