```
                                         FILED        ENTERED
                                         LODGED       RECEIVED

                                              DEC 12 2001
           UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON          AT SEATTLE
                    AT SEATTLE              CLERK U.S. DISTRICT COURT
                                          WESTERN DISTRICT OF WASHINGTON
                                        BY                        DEPUTY
```

MARY WILLIAMS,                )
                              )   CASE NO. C00-1998C
    v.                        )
                              )   ORDER OF DISMISSAL
CITY OF SEATTLE,              )
                              )
            Defendant.        )
                              )
_____)

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this Order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this 12 day of December, 2001.

/s/ John C. Coughenour
John C. Coughenour
Chief United States District Judge